**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Raven J. Flemmings, | Case No. 26-13430 |
| | Chapter 13 |
| *Debtor*. | |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on August 14, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 14, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

**Method of Service - First Class Mail**

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Community Choice Cu
Attn: Bankruptcy
31155 Northwestern Hwy
Farmington Hills, MI 48334

Goldman Sachs Bank USA
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

Msgcu
Attn: Bankruptcy
40400 Garfield Road
Clinton Township, MI 48038

Ohio Turnpike and
Infrastructure Commission
682 Prospect St
Berea, OH 44017-2799

Pennsylvania Turnpike
Commission
300 East Park Drive
Harrisburg, PA 17111

Upgrade, Inc.
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322

Upstart Finance
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070