**TRUMARK CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2701

114511
101161168016
DD

Direct Deposit # 1398142169
Date 08/13/2026

PAY TO THE ORDER OF

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

Pay this Amount
VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T **

| | |
|---|---|
| DIRECT DEPOSIT | $1,455.09 |
| TO ACCOUNT # | XXXXXX2419 |
| BANK # | XXXXXX2306 |

**N O N - N E G O T I A B L E**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

**TRUMARK CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2701

EMPLOYEE ID: [redacted]
Member Service
DEPARTMENT: 101161168016
Upper Darby Branch

FEIN: 23-1357086

Pay Period 08/02/2026 - 08/15/2026
Pay Date 08/13/2026
DD RECEIPT:1398142169

**FITWH Single or Married Filing Separately**
**PA S**
**PA - Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 24.0000 | 39.6833 | 952.40 | 843.50 | 20,244.00 |
| FLOAT | 24.0000 | 16.00 | 384.00 | 16.00 | 384.00 |
| GTL | | | 0.69 | | 4.14 |
| PTO | 24.0000 | 24.00 | 576.00 | 89.00 | 2,136.00 |
| OT | | | | 6.5833 | 237.00 |
| HOL | | | | 16.00 | 384.00 |
| INCE | | | | | 676.00 |
| YEI | | | | | 37.00 |
| **Total Gross Earnings** | | | $1,913.09 | | $24,102.14 |
| **Total Hours/Unit** | | 79.6833 | | 971.0833 | |
| **Total Hours Worked** | | 39.6833 | | 850.0833 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k CONT | 95.62 | 611.30 |
| **Total** | $95.62 | $611.30 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Float | 16.00 | 16.00 | 0.00 |
| PTO | 136.00 | 89.00 | 47.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| K401 | 95.62 | 611.30 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 134.17 | 1,812.25 |
| MED | 27.74 | 349.49 |
| SOC | 118.61 | 1,494.33 |
| PA | 58.71 | 739.81 |
| PAEUC | 1.34 | 16.86 |
| PAUP4 | 19.12 | 240.97 |
| PAUP4L | 2.00 | 24.00 |
| **Total** | $361.69 | $4,677.71 |

Net Direct Deposit XXXXXX2419 $1,455.09

| **Net Pay** | CURRENT | YTD |
|---|---|---|
| | $1,455.09 | $18,771.99 |

**TRUMARK FINANCIAL CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2712

114511
101161168016
DD

Direct Deposit # 1396663276
Date 07/30/2026

PAY
TO THE
ORDER
OF

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

Pay this Amount
VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T **

DIRECT DEPOSIT $1,790.30
TO ACCOUNT # XXXXXX2419
BANK # XXXXXX2306

**N O N - N E G O T I A B L E**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

**TRUMARK FINANCIAL CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2712

Paycor
A Paychex® Company

EMPLOYEE ID: [redacted]
Member Service
DEPARTMENT: 101161168016
Upper Darby Branch

FEIN: 23-1357086

Pay Period 07/19/2026 - 08/01/2026
Pay Date 07/30/2026
DD RECEIPT:1396663276

**FITWH Single or Married Filing Separately**
**PA S**
**PA - Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 24.0000 | 74.1167 | 1,778.80 | 803.8167 | 19,291.60 |
| OT | 36.0000 | 0.5667 | 20.40 | 6.5833 | 237.00 |
| GTL | | | 0.69 | | 3.45 |
| INCE | | | 388.00 | | 676.00 |
| PTO | 24.0000 | 8.00 | 192.00 | 65.00 | 1,560.00 |
| HOL | | | | 16.00 | 384.00 |
| YEI | | | | | 37.00 |
| **Total Gross Earnings** | | | $2,379.89 | | $22,189.05 |
| **Total Hours/Unit** | | 82.6834 | | 891.40 | |
| **Total Hours Worked** | | 74.6834 | | 810.40 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k CONT | 118.96 | 515.68 |
| **Total** | $118.96 | $515.68 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Float | 16.00 | 0.00 | 16.00 |
| PTO | 136.00 | 65.00 | 71.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| K401 | 118.96 | 515.68 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 187.38 | 1,678.08 |
| MED | 34.51 | 321.75 |
| SOC | 147.55 | 1,375.72 |
| PA | 73.04 | 681.10 |
| PAEUC | 1.67 | 15.52 |
| PAUP4 | 23.79 | 221.85 |
| PAUP4L | 2.00 | 22.00 |
| **Total** | $469.94 | $4,316.02 |

Net Direct Deposit XXXXXX2419 $1,790.30

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $1,790.30 | $17,316.90 |

TRUMARK FINANCIAL CREDIT UNION
335 COMMERCE DR
FORT WASHINGTON PA 19034-2712

114511
101161168016

DD

Direct Deposit # 1395206023
Date 07/16/2026

PAY TO THE ORDER OF

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

Pay this Amount
VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T **

DIRECT DEPOSIT $1,505.91
TO ACCOUNT # XXXXXX2419
BANK # XXXXXX2306

**N O N - N E G O T I A B L E**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

**TRUMARK FINANCIAL CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2712

Paycor
A Paychex® Company

EMPLOYEE ID: [redacted]
Member Service
DEPARTMENT: 101161168016
Upper Darby Branch

FEIN: 23-1357086

Pay Period 07/05/2026 - 07/18/2026
Pay Date 07/16/2026
DD RECEIPT:1395206023

**FITWH Single or Married Filing Separately**
**PA S**
**PA - Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 24.0000 | 79.9167 | 1,918.00 | 729.70 | 17,512.80 |
| OT | 36.0000 | 1.9667 | 70.80 | 6.0166 | 216.60 |
| GTL | | | 0.69 | | 2.76 |
| YEI | | | 17.00 | | 37.00 |
| HOL | | | | 16.00 | 384.00 |
| INCE | | | | | 288.00 |
| PTO | | | | 57.00 | 1,368.00 |
| **Total Gross Earnings** | | | $2,006.49 | | $19,809.16 |
| **Total Hours/Unit** | | 81.8834 | | 808.7166 | |
| **Total Hours Worked** | | 81.8834 | | 735.7166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k CONT | 99.44 | 396.72 |
| **Total** | $99.44 | $396.72 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Float | 16.00 | 0.00 | 16.00 |
| PTO | 136.00 | 65.00 | 71.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| K401 | 99.44 | 396.72 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 144.92 | 1,490.70 |
| MED | 29.09 | 287.24 |
| SOC | 124.40 | 1,228.17 |
| PA | 61.58 | 608.06 |
| PAEUC | 1.40 | 13.85 |
| PAUP4 | 20.06 | 198.06 |
| PAUP4L | 2.00 | 20.00 |
| **Total** | $383.45 | $3,846.08 |

Net Direct Deposit XXXXXX2419 $1,505.91

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $1,505.91 | $15,526.60 |

**TRUMARK FINANCIAL CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2712

114511
101161168016

DD

Direct Deposit # 1393703412
Date 07/02/2026

PAY TO THE ORDER OF

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T **

DIRECT DEPOSIT $1,550.01
TO ACCOUNT # XXXXXX9739
BANK # XXXXXX9021

**N O N - N E G O T I A B L E**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

**TRUMARK FINANCIAL CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2712

EMPLOYEE ID: [redacted]
Member Service
DEPARTMENT: 101161168016
Upper Darby Branch

FEIN: 23-1357086

Pay Period 06/21/2026 - 07/04/2026
Pay Date 07/02/2026
DD RECEIPT:1393703412

**FITWH Single or Married Filing Separately**
**PA S**
**PA - Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 24.0000 | 76.4667 | 1,835.20 | 649.7833 | 15,594.80 |
| OT | 36.0000 | 0.4833 | 17.40 | 4.0499 | 145.80 |
| HOL | 24.0000 | 8.00 | 192.00 | 16.00 | 384.00 |
| GTL | | | 0.69 | | 2.07 |
| INCE | | | | | 288.00 |
| PTO | | | | 57.00 | 1,368.00 |
| YEI | | | | | 20.00 |
| **Total Gross Earnings** | | | $2,045.29 | | $17,802.67 |
| **Total Hours/Unit** | | 84.95 | | 726.8332 | |
| **Total Hours Worked** | | 76.95 | | 653.8332 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k CONT | 102.23 | 297.28 |
| **Total** | $102.23 | $297.28 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Float | 16.00 | 0.00 | 16.00 |
| PTO | 136.00 | 57.00 | 79.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| K401 | 102.23 | 297.28 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.24 | 1,345.78 |
| MED | 29.66 | 258.15 |
| SOC | 126.81 | 1,103.77 |
| PA | 62.77 | 546.48 |
| PAEUC | 1.43 | 12.45 |
| PAUP4 | 20.45 | 178.00 |
| PAUP4L | 2.00 | 18.00 |
| **Total** | $392.36 | $3,462.63 |

**Net Pay** **XXXXXX9739** $1,550.01

**TRUMARK FINANCIAL CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2712

14571
101161168016

DD

Direct Deposit # 1392255898
Date 06/18/2026

PAY TO THE ORDER OF

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

Pay this Amount
VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T **

DIRECT DEPOSIT $1,515.83
TO ACCOUNT # XXXXXX9739
BANK # XXXXXX9021

**N O N - N E G O T I A B L E**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**RAVEN JANAE FLEMMINGS**
3835 GARRETT RD APT A
DREXEL HILL PA 19026

EMPLOYEE ID: [redacted]
Member Service
DEPARTMENT: 101161168016
Upper Darby Branch

**FITWH Single or Married Filing Separately**
**PA S**
**PA - Exemptions: 0**

**TRUMARK FINANCIAL CREDIT UNION**
335 COMMERCE DR
FORT WASHINGTON PA 19034-2712

Paycor
A Paychex® Company

FEIN: 23-1357086

Pay Period 06/07/2026 - 06/20/2026
Pay Date 06/18/2026
DD RECEIPT:1392255898

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 24.0000 | 79.6333 | 1,911.20 | 573.3166 | 13,759.60 |
| OT | 36.0000 | 2.3833 | 85.80 | 3.5666 | 128.40 |
| HOL | | | | 8.00 | 192.00 |
| GTL | | | 0.69 | | 1.38 |
| INCE | | | | | 288.00 |
| PTO | | | | 57.00 | 1,368.00 |
| YEI | | | | | 20.00 |
| **Total Gross Earnings** | | | $1,997.69 | | $15,757.38 |
| **Total Hours/Unit** | | 82.0166 | | 641.8832 | |
| **Total Hours Worked** | | 82.0166 | | 576.8832 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k CONT | 99.85 | 195.05 |
| **Total** | $99.85 | $195.05 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Float | 16.00 | 0.00 | 16.00 |
| PTO | 136.00 | 57.00 | 79.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| K401 | 99.85 | 195.05 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 143.81 | 1,196.54 |
| MED | 28.97 | 228.49 |
| SOC | 123.86 | 976.96 |
| PA | 61.31 | 483.71 |
| PAEUC | 1.40 | 11.02 |
| PAUP4 | 19.97 | 157.55 |
| PAUP4L | 2.00 | 16.00 |
| **Total** | $381.32 | $3,070.27 |

**Net Pay** **XXXXXX9739** $1,515.83