**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Case No. 26-13430-PMM
Chapter 13
Hon. PATRICIA M. MAYER

RAVEN J. FLEMMINGS
Debtor.
_________________________________________/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

MICHAEL A. CIBIK
Attorney for Debtor
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102
215/735-1060
_________________________________________/

**NOTICE OF APPEARANCE AND REQUEST**
**TO BE ADDED TO THE MATRIX**

NOW COMES Holzman Law, PLLC and does hereby enter its appearance as attorneys for Creditor, MICHIGAN SCHOOLS AND GOVERNMENT CREDIT UNION, in the above-entitled matter, and hereby further requests that all pleadings, motions and documents filed with the United States Bankruptcy Court be served upon it at the following address:

Holzman Law, PLLC
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, Michigan 48034
248/352-4340

Respectfully Submitted,
HOLZMAN LAW, PLLC
Attorneys for Creditor,
MICHIGAN SCHOOLS AND GOVERNMENT CREDIT UNION

Dated: 9/24/2026

By: /S/ TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, Michigan 48034
248/352-4340